**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated, | Case No.: 2:26-CV-00754-AB-MBK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES & APPOINT INTERIM CO-LEAD CLASS COUNSEL** |
| v. | |
| SNAP, INC., Defendant | |
| NICOLE CHMURA., individually and on behalf of all others similarly situated, | Case No.: 2:26-CV-01732-AB-MBK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES & APPOINT INTERIM CO-LEAD CLASS COUNSEL** |
| v. | |
| SNAP, INC., Defendant | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE
RELATED CASES & APPOINT CO-LEAD CLASS COUNSEL

The Court has reviewed the Parties Stipulation to Consolidate Related Cases & Appoint Interim Co-Lead Counsel ("Stipulation"). For the reasons identified in that Stipulation and good cause appearing, the Court HEREBY ORDERS that:

1. To the extent they have not already done so, Defendant consents to waive service of the complaints in the Related Actions under Fed. R. Civ. P. 4(d).

2. *Ted Entertainment, Inc., v. Snap, Inc.*, Case No. 2:26-CV-00754 (C.D. Cal.) ("TEI Action") and *Chmura v. Snap, Inc.*, Case No. 2:26-CV-01732 (C.D. Cal.) are hereby consolidated for all purposes, including pre-trial proceedings and trial, under the first filed TEI Action, Case No. 2:26-CV-00754-AB-MBK (hereinafter the "Consolidated Action").

3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 2:26-CV-00754-AB-MBK.

4. Interim Co-Lead Class Counsel for Plaintiffs in the Consolidated Action shall be:

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Tom Kherkher
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: 713-244-6363
Email: TKherkher@EKSM.com

**MILBERG, PLLC**
William J. Edelman
280 S. Beverly Drive, Penthouse
Beverly Hills, CA  90212
Tel: (771) 474-1121
Email: wedelman@milberg.com

5. Interim Co-Lead Class Counsel shall have the authority to act on behalf of all Plaintiffs in the Consolidated Action in all matters relating to pretrial proceedings, trial, and settlement. Interim Co-Lead Class Counsel shall coordinate the prosecution of the action, assign work among Plaintiffs' counsel as necessary to ensure efficiency,

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONSOLIDATE
RELATED CASES & APPOINT CO-LEAD CLASS COUNSEL

and take such steps as are reasonably necessary to avoid duplication of effort and promote the orderly conduct of this litigation.

6. Interim Co-Lead Class Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, discovery request, or other filing shall be initiated or filed on behalf of any Plaintiff except through Interim Co-Lead Class Counsel or with their prior authorization.

7. Defendant may rely on all agreements made with Interim Co-Lead Class Counsel, or their duly authorized representatives, and such agreements shall be binding on all Plaintiffs in the Consolidated Action.

8. The Plaintiffs filed their consolidated complaint on April 13, 2026.

9. The Defendant shall file a response to the consolidated complaint by May 11, 2026. The Defendant has indicated it intends to file a motion to dismiss.

10. The Plaintiffs shall oppose the motion by June 8, 2026 and Defendant shall have until June 24, 2026 to file a reply.

11. The Court schedules a hearing on any Motion to Dismiss to occur on July 10, 2026.

12. All previously filed complaints shall be deemed superseded by the consolidated complaint and Defendant shall not be required to respond to any prior complaint.

13. The Initial Case Management Conference shall be continued to a date set by the Court following the ruling on the Defendant's forthcoming motion to dismiss.

14. This Order shall apply to all actions arising out of the same or substantially similar facts, transactions, or events alleged in the Consolidated Action that are subsequently filed in, removed to, reassigned to, or transferred to this Court. The parties shall promptly notify the Court of any such related action. Unless otherwise ordered, all such actions shall be consolidated with this action, and all prior orders, rulings, and proceedings in the Consolidated Action shall apply to those actions.

2

15. All pleadings, motions, and other papers previously filed or served in the related actions shall be deemed part of the record in the Consolidated Action.

16. Any *pro hac vice* admissions granted in any of the related actions shall apply in the Consolidated Action.

17. This Stipulation is not a waiver of any claims, defenses, arguments, or rights available to any party, including with respect to jurisdiction, venue, class certification, or any other issue.

IT IS SO ORDERED.

Dated: April 15, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

3

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE
RELATED CASES & APPOINT CO-LEAD CLASS COUNSEL